**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| OSCAR W. PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-07-671-F |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On June 17, 2008, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation, wherein he recommended that the Commissioner's final decision denying plaintiff's application for disability insurance benefits be affirmed. In the Report and Recommendation, Magistrate Judge Argo advised plaintiff of his right to file an objection by July 7, 2008. Thereafter, on July 7, 2008, plaintiff filed a motion requesting a seven-day extension of time to file an objection to the Report and Recommendation. Chief United States District Judge Robin J. Cauthron granted plaintiff's motion, and plaintiff was permitted until July 14, 2008 to file an objection.

On July 14, 2008, plaintiff filed his objection to the Report and Recommendation. On August 18, 2008, the case was reassigned to the undersigned for all further proceedings.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Argo. The court finds no reason to repeat the analysis here. The court adopts, accepts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Doyle W. Argo on June 17, 2008 (doc. no. 17) is **ADOPTED**, **ACCEPTED**, and **AFFIRMED**. The final decision of the Commissioner denying plaintiff's application for disability insurance benefits is **AFFIRMED**. Judgment will issue forthwith.

DATED August 21, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-671p001.wpd